STATE OF NEW JERSEY v. WILLIE LEE DILLARD.

March 11, 1980.

Petition for certification denied.

GARDEN STATE FIRE & CASUALTY CO. v. RONALD KEEFE.

March 11, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 53)

IN THE MATTER OF L.A.G.

March 11, 1980.

Certification to Superior Court, Chancery Division is granted.